FILED by ___ D.C.
ELECTRONIC

**Oct. 13, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA.- MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.
## 09-61629-CIV-JORDAN/McALILEY

SANDRA W. FILLICHIO, and
CHERISE A. JENNETTE

      Plaintiffs,

v.

M.R.S. ASSOCIATES, INC.

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.      Plaintiffs alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiffs reside here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, SANDRA W. FILLICHIO, ("FILLICHIO") is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.     Plaintiff, CHERISE A. JENNETTE, ("JENNETTE") is a natural person, and citizen of the State of Florida, residing in Martin County, Florida. JENNETTE is the adult daughter of FILLICHIO.

5.     Defendant, M.R.S. ASSOCIATES, INC., is a corporation and citizen of the State of New Jersey with its principal place of business at 1930 Olney Avenue, Cherry Hill, New Jersey 08003.

6.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.     Defendant  regularly collects or attempts to collect debts for other parties.

8.     Defendant is a "debt collector" as defined in the FDCPA.

9.     Defendant was acting as a debt collector with respect to the collection of FILLICHIO'S alleged debt.

## FACTUAL ALLEGATIONS

10.     Defendant sought to collect from FILLICHIO an alleged debt arising from transactions incurred for personal, family or household purposes.

11.     Defendant left the following messages on FILLICHIO'S voice mail on her cellular and home telephone, as indicated, or about the dates stated:

2

October 11, 2008 – Cellular Phone - Pre-recorded Message
Please allow a moment to be connected.

October 11, 2008 – Home Phone – Pre-recorded Message
collect a debt and any information obtained will be used for that purpose.
Please contact us between 8 AM and 9 PM Eastern time Monday through
Friday about an important business matter at 1-800-932-5573. Thank you.

October 16, 2008 - Cellular Phone - Pre-recorded Message
Hello. This is an important message for Sandra W. Fillichio.  If Sandra W.
Fillichio cannot be reached at this number, please let us know by calling us
back at 800-932-5573 so we can remove it. The best time to reach us is
Monday through Friday between 8 AM and 5 PM Eastern time. If you are
not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W.
Fillichio, please continue to listen to this message. There will now be a 3
second pause in this message. By continuing to listen to this message you
acknowledge you are Sandra W. Fillichio. This call is from MRS Associates.
This is an attempt to collect a debt, and any information obtained will be
used for that purpose. Please contact us between 8 AM and 9 PM Eastern
time Monday through Friday, about an important business matter, at 1-800-
932-5573.  Thank you.

October 16, 2008 – Home Phone – Pre-recorded Message
and any information obtained will be used for that purpose. Please contact us
between 8 AM and 9 PM Eastern time Monday through Friday about an
important business matter at 1-800-932-5573. Thank you.

October 25, 2008 – Cellular Phone – Pre-recorded Message
Hello. This is an important message for Sandra W. Fillichio.  If Sandra W.
Fillichio cannot be reached at this number, please let us know by calling us
back at 800-932-5573 so we can remove it. The best time to reach us is
Monday through Friday between 8 AM and 5 PM Eastern time. If you are
not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W.
Fillichio, please continue to listen to this message. There will now be a 3
second pause in this message.

November 1, 2008 – Cellular Phone – Pre-recorded Message
us back at 800-932-5573 so we can remove it. The best time to reach us is
Monday through Friday between 8 AM and 5 PM Eastern time. If you are
not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W.

Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday, about an important business matter, at 1-800-932-5573.  Thank you.

November 1, 2008 – Home Phone – Pre-recorded Message
and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

November 5, 2008 – Cellular Phone – Pre-recorded Message
call us back at 800-894-4251 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern time. If you are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W. Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday, about an important business matter, at 1-800-932-5573.  Thank you.

November 5, 2008 – Home Phone – Pre-recorded Message
8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

November 6, 2008 – Cellular Phone – Pre-recorded Message
call us back at 800-932-5573 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern time. If you are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W. Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday, about an important business matter, at 1-800-932-5573.  Thank you.

4

November 6, 2008 – Home Phone – Pre-recorded Message
and 9 PM Eastern time Monday through Friday about an important business
matter at 1-800-932-5573. Thank you.

November 7, 2008 – Cellular Phone – Pre-recorded Message
back at 800-932-5573 so we can remove it. The best time to reach us is
Monday through Friday between 8 AM and 5 PM Eastern time. If you are
not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W.
Fillichio, please continue to listen to this message. There will now be a 3
second pause in this message. By continuing to listen to this message, you
acknowledge you are Sandra W. Fillichio. This call is from MRS Associates.
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please contact us between 8 AM and 9 PM Eastern
time Monday through Friday about an important business matter at 1-800-
932-5573. Thank you.

November 8, 2008 – Cellular Phone – Pre-recorded Message
Please allow a moment to be connected.

November 15, 2008 – Cellular Phone – Pre-recorded Message
calling us back at 800-932-5573 so we can remove it. The best time to reach
us is Monday through Friday between 8 AM and 5 PM Eastern time. If you
are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra
W. Fillichio, please continue to listen to this message. There will now be a 3
second pause in this message. By continuing to listen to this message, you
acknowledge you are Sandra W. Fillichio. This call is from MRS Associates.
This is an attempt to collect a debt and any information obtained will be
used for that purpose. Please contact us between 8 AM and 9 PM Eastern
time Monday through Friday about an important business matter at 1-800-
932-5573. Thank you.

November 22, 2008 – Cellular Phone – Pre-recorded Message
Hello. This is an important message for Sandra W. Fillichio. If Sandra W.
Fillichio cannot be reached at this number, please let us know by calling us
back at 800-932-5573 so we can remove it. The best time to reach us is
Monday through Friday between 8 AM and 5 PM Eastern time. If you are
not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W.
Fillichio, please continue to listen to this message. There will now be a 3
second pause in this message. By continuing to listen to this message, you
acknowledge you are Sandra W. Fillichio. This call is from MRS Associates.

5

This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

November 29, 2008 – Cellular Phone – Pre-recorded Message
Hello. This is an important message for Sandra W. Fillichio. If Sandra W. Fillichio cannot be reached at this number, please let us know by calling us back at 800-932-5573 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern time. If you are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W. Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

November 29, 2008 – Home Phone – Pre-recorded Message
for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

December 6, 2008 – Cellular Phone – Pre-recorded Message
Please allow a moment to be connected.

December 13, 2008 – Cellular Phone – Pre-recorded Message
Please allow a moment to be connected.

December 16, 2008 – Cellular Phone – Pre-recorded Message
Hello. This is an important message for Sandra W. Fillichio. If Sandra W. Fillichio cannot be reached at this number, please let us know by calling us back at 800-932-5573 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern time. If you are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W. Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message.  By continuing to listen to this message, you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be

6

used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

December 16, 2008 – Home Phone – Pre-recorded Message
for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

December 20, 2008 – Cellular Phone – Pre-recorded Message
by calling us back at 800-932-5573 so we can remove it. The best time to reach us is Monday through Friday between 8 AM and 5 PM Eastern time. If you are not Sandra W. Fillichio, please hang up or disconnect. If you are Sandra W. Fillichio, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message, you acknowledge you are Sandra W. Fillichio. This call is from MRS Associates. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

December 20, 2008 – Home Phone – Pre-recorded Message
for that purpose. Please contact us between 8 AM and 9 PM Eastern time Monday through Friday about an important business matter at 1-800-932-5573. Thank you.

January 28, 2009 – Home Phone – Human Caller
Hello this message is for Sandra Fillichio. This is Anna Zimmerman. My number is 1-800-932-5809 and I am trying to reach you Sandra with some very important information that you really need to be aware of and that we both need to discuss. This information is of real interest and direct concern to you and it is essential, essential that you call me back right away. When you call you will need to use your file number it is 12354046. Today is January 28th 2009 and I am strongly urging you due to the time sensitive nature of this message at this point that you call me with in 48 hours.

12.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

13.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

14.     In some of the messages, Defendant failed to inform FILLICHIO that

the communication was from a debt collector, failed to inform FILLICHIO of its

name and failed to disclose the purpose of Defendant's messages.

15.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place at least 82 telephone calls to FILLICHIO'S

cellular telephone.

16.     FILLICHIO did not expressly consent to Defendant's placement of

telephone calls to her cellular telephone by the use of an automatic telephone

dialing system or a pre-recorded or artificial voice prior to Defendant's placement

of the calls.

17.     None of Defendant's telephone calls placed to FILLICHIO were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18.     Defendant willfully or knowingly violated the TCPA with respect to

FILLICHIO.

19.     Defendant left telephonic messages using a pre-recorded or artificial

voice on JENNETTE'S residential voice mail seeking to collect FILLICHIO'S

alleged debt on at least 11 occasions in November and December 2008.

8

20.     JENNETTE is not liable for the alleged debt of FILLICHIO.

FILLICHIO has never resided at JENNETTE'S home nor did either Plaintiff

provide JENNETTE'S telephone number to Defendant or the original creditor it

represented.

21.     JENNETTE did not expressly consent to Defendant's placement of

telephone calls to her residential telephone by the use of a pre-recorded or artificial

voice prior to Defendant's placement of the calls.

22.     None of Defendant's telephone calls placed to JENNETTE were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

23.     Defendant willfully or knowingly violated the TCPA with respect to

JENNETTE.

**COUNT I**
**FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR**

24.     FILLICHIO incorporates Paragraphs 1 through 23.

25.     Defendant failed to disclose in the telephone messages that it is a debt

collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F.

Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S.

Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs.,

2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, FILLICHIO requests that the Court enter judgment in her

favor and against Defendant for:

9

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

26.    FILLICHIO incorporates Paragraphs 1 through 23.

27.    Defendant placed telephone calls to FILLICHIO without making meaningful disclosure of its identity when it failed to disclose its name and or that it is a debt collector and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, FILLICHIO requests that the Court enter judgment in her favor and against Defendant for:

a.    Damages;

b.    Attorney's fees, litigation expenses and costs of suit; and

c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

10

28.    FILLICHIO incorporates Paragraphs 1 through 23.

29.    Defendant caused FILLICHIO'S telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, FILLICHIO requests that the Court enter judgment in her favor and against Defendant for:

   a.    Damages;

   b.    Attorney's fees, litigation expenses and costs of suit; and

   c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

30.    FILLICHIO incorporates Paragraphs 1 through 23.

31.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to FILLICHIO'S cellular telephone to which FILLICHIO had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, FILLICHIO requests that the Court enter judgment in her favor and against Defendant for:

11

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

32.     FILLICHIO incorporates Paragraphs 1 through 23.

33.     By failing to disclose its name, that it is a debt collector and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to FILLICHIO'S cellular telephone to which FILLICHIO had not consented, and by telephoning FILLICHIO with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, FILLICHIO requests that the Court enter judgment in her favor and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit; and

c.      Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING FILLICHIO

12

34.     FILLICHIO incorporates Paragraphs 1 through 23.

35.     Defendant placed non-emergency telephone calls to FILLICHIO'S cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without FILLICHIO'S prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, FILLICHIO requests that the Court enter judgment in her favor and against Defendant for:

      a.     Damages; and

      b.     Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT REGARDING JENNETTE

36.     JENNETTE incorporates Paragraphs 1 through 23.

37.     Defendant placed non-emergency telephone calls to JENNETTE'S residential telephone using a pre-recorded or artificial voice without JENNETTE'S prior express consent in violation of 47 U.S.C § 227 (b)(1)(B).

WHEREFORE, JENNETTE requests that the Court enter judgment in her favor and against Defendant for:

      a.     Damages; and

      b.     Such other or further relief as the Court deems proper.

## COUNT VIII
## DECLARATORY AND INJUNCTIVE RELIEF

13

38.     Plaintiffs incorporate Paragraphs 1 through 23.

39.     Pursuant to 28 U.S.C §§2201 and 2202, Plaintiffs seeks a declaration that Defendant's practices are in violation of the TCPA and the FCCPA.

40.     The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

41.     FILLICHIO seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

42.     Pursuant to 47 U.S.C § 227 (b)(3)(A), Plaintiffs seeks a permanent injunction prohibiting Defendant from continuing violation of the TCPA.

WHEREFORE, Plaintiffs request that the Court enter judgment:

a.     declaring that Defendant's practices violate the TCPA and the FCCPA;

b.     permanently injoining Defendant from engaging in the violative practices; and

c.     Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff demands trial by jury.

Dated this ___13 day of October, 2009.

DONALD A. YARBROUGH, ESQ.

14

Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

15

**FILED** _____ **B** D.C.
ELECTRONIC

# 09-61629-CIV-JORDAN/McALILEY
# CIVIL COVER SHEET

**Oct. 13, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in Sept the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Sandra W. Fillichio and Cherise A. Jennette | M.R.S. Associates, Inc. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842

FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

09cv 61629-AJ/OMM

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
(PLACE AN X IN ONE BOX ONLY)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporation and Principal Place of Business in This State | 1 | [ ] 1 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 3 | [ ] 3 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** **1-2** days estimated (for both sides) to try entire case 15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

## NATURE OF SUIT
(PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 States Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Pers. Injury-Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury-Prod. Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | [ ] 820 Copyrights | [ ] 450 Commerce/ICC Rates/etc. B |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airline Regs | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (excl Veterans) B | [ ] 345 Marine Product Liability | [ ] 371 Truth in Lending B | [ ] 660 Occupational Safety/Health | **B SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits B | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | [ ] 861 HIA (1395ff) | [ ] 850 Securities /Commodities /Exchange |
| [ ] 160 Stockholder's Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **A LABOR** | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor Management Relations B | [ ] 864 SSID Title XVI | [ ] 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | [ ] 730 Labor Management Reporting & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 740 Railway Labor Act | **A FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General* | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 791 Employee Ret. Inc. Security Act B | [ ] 871 IRS-Third Party 26b USC 7609 | [ ] 900 Appeal of Fee Determination under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other* | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights *A or B | | | [X] 890 Other Statutory Actions* *A or B |
| [ ] 290 All Other Real Property | | | | | |

## VI. ORIGIN
(PLACE AN X IN ONE BOX ONLY)

- [X] 1. Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Refiled
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A [ ] UNDER F.R.C.P.23

CLASS ACTION No

DEMAND $ N/A

[ ] Check YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):

JUDGE

DOCKET NUMBER

DATE: October _ 2009

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

FOR OFFICE USE ONLY: Receipt No. 347784 Amount: 360
Date Paid: _____ M/ifp: _____

S/F 1-2
REV. 9/94