UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56, Plaintiff, SANDRA W. FILLICHIO, moves this Court for an entry of summary judgment on the basis that Defendant violated the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA"), and, in support thereof, states as follows:

1.    It is undisputed that Defendant placed 162 telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system without Plaintiff's prior express consent. Minimum statutory damages under the TCPA are $500 per violation. The statute does not provide for discretion in the determination of minimum statutory damages. Plaintiff's minimum statutory damages are $81,000 ($500 x 162). The Court may treble the $500 upon a showing that the violations were willful or knowing. Because Defendant intended to make the calls and made no effort whatsoever to comply with the TCPA, its violations are willful or knowing and the $500 minimum statutory damages

should be trebled to $1,500 per call. Accordingly, Plaintiff requests damages of $243,000 ($1,500 x 162).

      2.      The magnitude of Defendant's violations are enormous and persistent: Defendant has roughly five hundred employees, with over four hundred employees working on a contingent fee basis focused solely on debt collection, not including the one hundred plus debt collectors in its partnership company in Mumbai, India. PMSF #12 and 13. In total, Defendant made approximately three hundred telephone calls to various telephone numbers in five months in an effort to collect Plaintiff's alleged debt. PSMF #14. Curtailing Defendant's wide-spread violations of the TCPA against all consumers is the reason Congress adopted minimum statutory damages as a remedy for any Plaintiff who brings suit. The imposition of statutory damages may give Defendant a reason to adopt practices designed to prevent future violation, practices Defendant admits it does not now have. PSMF #8 through 10.

      3.      In support of this motion, Plaintiff submits the accompanying Memorandum and Plaintiff's Statement of Material Facts. As set forth in Plaintiff's Memorandum, the undisputed facts establish that Defendant has violated the TCPA and did so willingly or knowingly.

WHEREFORE, Plaintiff respectfully requests that summary judgment be entered in her favor and against Defendant for minimum statutory damages of $500 for each of the 162 violative calls Defendant placed to Plaintiff ($81,000) and treble the minimum statutory damages to $243,000 for willful or knowing violation of the TCPA, and permanently enjoin Defendant from telephoning Plaintiff's cellular telephone number.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 17, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      <u>s/Donald A. Yarbrough</u>
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ronald S. Canter, Esq.
The Law Offices of Ronald Canter, LLC
Suite 1200
11300 Rockville Pike
Rockville, MD 20852
Telephone: 301-770-7490
Facsimile: 301-770-7493

<u>Via Notices of Electronic Filing generated by CM/ECF</u>