UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

**DECLARATION OF SANDRA W. FILLICHIO**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    I, SANDRA W. FILLICHIO, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

    1.    I am over 18 years of age and I have personal knowledge of the facts stated herein.

    2.    I am the Plaintiff in this lawsuit.

    3.    For the past several years and certainly since October 2008, my cellular telephone number has been and now is 954-803-7023.

    4.    I never provided my cellular telephone number to Chase Bank USA, NA or Defendant.

    5.    I never authorized Chase Bank USA, NA or Defendant to call my cellular telephone number using an automatic telephone dialing system or using pre-recorded messages.

    6.    For the past several years and certainly since October 2008, my home telephone number has been and now is 954-783-7696.

Executed this 17 day of June, 2010.

<u>s/ Sandra W. Fillichio</u>  
Sandra W. Fillichio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 17, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                         s/Donald A. Yarbrough
                                                                         Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. Ronald S. Canter, Esq.
The Law Offices of Ronald Canter, LLC
Suite 1200
11300 Rockville Pike
Rockville, MD 20852
Telephone: 301-770-7490
Facsimile: 301-770-7493

Via Notices of Electronic Filing generated by CM/ECF