UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61629-CIV-JORDAN

| | |
|---|---|
| SANDRA W. FILLICHIO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| M.R.S. ASSOCIATES, INC. | ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT**

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, final judgment is entered in favor of Ms. Fillichio, and against M.R.S Associates. Ms. Fillichio shall recover the following damages from M.R.S Associates:

- Count I (violation of 15 U.S.C. § 1692e(11)): $1,001.00
- Count II (violation of § 1692d(6)): $1,001.00
- Count III (violation of § 1692d(5)): $1,001.00
- Count IV (violation of § 1692d): $1,001.00
- Count V (violation of Fla. Stat. § 559.72(7)): $1,001.00
- Count VI (violation of 47 U.S.C. § 227(b)(1)(A)(iii)): $78,500

The total amount of damages to be recovered by Ms. Fillichio from M.R.S. Associates is $83,505, for which let execution issue. Post-judgment interest shall accrue as set forth in 28 U.S.C. § 1961. Appropriate costs and fees, if any, will be taxed by separate motion and order. Ms. Fillichio is to file any motions for costs or fees within 30 days of the entry of this order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of October, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record