UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61629-CIV-JORDAN

| | |
|---|---|
| SANDRA W. FILLICHIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| M.R.S. ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW ON ADDITIONAL DAMAGES

For reasons announced at the close of Ms. Fillichio's case, which constitute my findings of fact and conclusions of law pursuant to Fed.R.Civ.P. 52(a), I find that M.R.S.' violations of the TCPA, 47 U.S.C. § 227, et seq., were not knowing or willful, and therefore, do not award treble damages (or additional damages) pursuant to § 227(b)(3). Alternatively, even if the testimony and evidence at trial mandated a finding that the violations were knowing or willful, I exercise my discretion as permitted under § 227(b)(3) and decline to award any additional damages as punishment for the reasons stated. *See Gene and Gene LLC v. BioPay LLC*, 541 F.3d 318, 322 (5th Cir. 2008). *See also Kazemi v. Payless Shoesource Inc.*, No. C 09-5142 MHP, 2010 WL 963225, at *2 (N.D.Cal. March 16, 2010).

A final judgment will be entered by separate order.

DONE and ORDERED in chambers in Miami, Florida, this 27th day of October, 2010.

*[signature]*
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record