UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

## JOINT STIPULATION REGARDING ATTORNEY'S FEES AND COSTS

Plaintiff, Sandra W. Fillichio, and Defendant, M.R.S. Associates, Inc., stipulate to an award of attorney's fees and costs in Ms. Fillichio's favor of $10,000.00 with respect to all her claims under the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. .

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Ronald S. Canter, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | The Law Offices of Ronald Canter, LLC |
| Fort Lauderdale, Florida  33339 | Suite 1200 |
| Telephone: 954-537-2000 | 11300 Rockville Pike |
| Facsimile: 954-566-2235 | Rockville, MD 20852 |
| | Telephone: 301-770-7490 |
| | Facsimile: 301-770-7493 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Ronald S. Canter |
| Donald A. Yarbrough, Esq. | Ronald S. Canter, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61629-Civ-Jordan/McAliley

SANDRA W. FILLICHIO,

    Plaintiff,

v.

M.R.S. ASSOCIATES, INC.

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>November 24, 2010</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          <u>s/Donald A. Yarbrough</u>
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Ronald S. Canter, Esq.
The Law Offices of Ronald Canter, LLC
Suite 1200
11300 Rockville Pike
Rockville, MD 20852
Telephone: 301-770-7490
Facsimile: 301-770-7493

<u>Via Notices of Electronic Filing generated by CM/ECF</u>