UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61629-CIV-JORDAN

| | |
|---|---|
| SANDRA W. FILLICHIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| M.R.S. ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

In light of the parties' joint motion to disburse funds from the court's registry [D.E. 85], the clerk shall disburse $90,000 from the court's registry (deposited by M.R.S. Associates) to Ms. Fillichio, and the remaining funds shall be disbursed to M.R.S. Associates.

DONE and ORDERED in chambers in Miami, Florida, this 14th day of December, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record